UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE FLOYD KIBLER,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 03-cv-4154-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on petitioner Lee Floyd Kibler's ("Kibler") motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Court has recently had occasion to review Kibler's § 2255 motion. Liberally construing the motion, as it must under the rule of *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court has identified three claimed instances of ineffective assistance of counsel embedded in Kibler's affidavit in support of his motion to which the government has not responded. Those three instances are:

1.     Counsel's advice to Kibler not to testify in his own defense (Kibler aff. ¶ 9);

2.     Counsel's failure to impeach government witness Katina Harbor with a letter she wrote (Kibler aff. ¶ 10); and

3.     Counsel's failure to call his investigator as a defense witness (Kibler aff. ¶ 11).

The Court believes that even though Kibler did not include these alleged instances of ineffective assistance of counsel in the body of the motion itself or the brief in support of the motion, justice requires the Court to address them as part of Kibler's motion.

Therefore, the Court **ORDERS** the government to respond to the three aforementioned claimed instances of ineffective assistance of counsel on or before August 26, 2005. Kibler shall have up to and including September 23, 2005 to reply to the government's memorandum.

**IT IS SO ORDERED.**
**DATED: July 25, 2005**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**