UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE FLOYD KIBLER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 03-cv-4154-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Lee Floyd Kibler's motion for a certificate of appealability (Doc. 61). The Court construes the motion as a motion to reconsider the Court's August 31, 2006, order declining to issue a certificate of appealability for the appeal of this case. However, nothing raises in Kibler's new motion causes the Court to reconsider its conclusion that he has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, for the same reasons the Court originally declined to issue the certificate of appealability, it also **DENIES** the pending motion (Doc. 61).

**IT IS SO ORDERED.**
**DATED:  October 3, 2006**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**